JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>       Plaintiff,<br><br>   v.<br><br>SOUTHERN PROPERTIES LTD; JOHNNY REBS' OF ORANGE, INC., a California Corporation; and Does 1-10<br>       Defendants. | Case: 8:14-CV-01658-AN<br><br>**NOTICE OF DISMISSAL & ORDER THEREON** |

## ORDER

The entire case is hereby ordered dismissed with prejudice.

Dated: December 10, 2014

_____
HONORABLE ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE